# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 15-496V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ENRIQUE RODRÍGUEZ LUNA, | * | May 5, 2017 |
| | * | |
| | * | Joint Stipulation of Dismissal; |
| Petitioner, | * | Rule 21(a); No Judgment; Order |
| | * | Concluding Proceedings |
| v. | * | |
| | * | |
| SECRETARY OF HEALTH AND | * | |
| HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

On May 5, 2017, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Special Master